1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 | Sacramento, CA 95814
Telephone: (916) 448-8600
4 | Facsimile: (916) 448-8605

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ZIMMERMAN<br>SSN: xxx-xx-2928<br><br>         Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security<br>of the United States of America,<br><br>         Defendant. | Case No. CIV-S-06-1441 PAN (JFM)<br><br>STIPULATION AND ORDER<br>EXTENDING PLAINTIFF'S TIME TO<br>FILE MEMORANDUM IN SUPPORT<br>OF SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the plaintiff's time to file her motion for summary judgment is hereby extended from its current due date of January 30, 2007, to March 16, 2007. This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule and in order to permit the parties to explore the possibility of settlement.

/////

/////

/////

/////

1

| | | |
|---|---|---|
| 1 | Dated: January 23, 2007 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: January 23, 2007 | McGregor W. Scott<br>United States Attorney |
| 6 | | By:/s/ Armand Roth |
| 7 | | ARMAND D. ROTH |
| 8 | | Special Assistant U.S. Attorney |
| 10 | | Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: January 24, 2007.

UNITED STATES MAGISTRATE JUDGE

13/Moulds Social Security Cases
Zimm.1441.stipord.eot.ss.wpd

2