McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON
Supervisory Regional Chief Counsel
Special Assistant United States Attorney
ARMAND D. ROTH
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA A. ZIMMERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-CV-01441-KJM<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

    The parties, through their respective counsel, stipulate that the time for filing defendant's response to plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA) be extended by 30 days from December 30, 2007 to January 30, 2008.

    This is defendant's first request for an extension of time in which to file a response to plaintiff's motion for EAJA attorney fees. Defendant needs the additional time to further review the file and ///

///

///

///

prepare a response in this matter, as the Special Assistant United States Attorney assigned to the case is currently out of the office on extended leave.

                                        Respectfully submitted,

Dated: July 6, 2007                  /s/ Bess M. Brewer
                                      (As authorized via e-mail/telephone)
                                        BESS M. BREWER
                                        Attorney for Plaintiff

Dated: July 6, 2007                  McGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ Donna W. Anderson
                                        DONNA W. ANDERSON
                                        Supervisory Regional Chief Counsel
                                        Special Assistant United States Attorney
                                        For ARMAND D. ROTH
                                        Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  December 20, 2007.

                                        U.S. MAGISTRATE JUDGE