BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ZIMMERMAN<br>SSN: xxx-xx-2928<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION<br><br>Defendant. | Case No. CIV-S-06-1441 KJM<br><br>STIPULATION AND<br>ORDER CORRECTING/CLARIFYING<br>COURT'S APRIL 1, 2008 ORDER<br>AWARDING EAJA FEES |

On April 1, 2008, the Court entered an Order awarding Plaintiff **$7,910.75** in EAJA fees. However, whereas Plaintiff assigned any EAJA fees awarded to her attorney, and such assignment is part of the record, and whereas the Court specifically stated that the "court will order that counsel be paid for the claimed hours of attorney time spent in the prosecution of this action" such fees will be paid directly to Plaintiff's counsel in her own name pursuant to the assignment provision in the Retainer and Contingent Fee Agreement signed by Plaintiff and her attorney.

////

////

////

1

| | |
|---|---|
| Dated: June 20, 2008 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 20, 2008 | McGregor W. Scott<br>United States Attorney |
| | By:/s/ Armand Roth<br>ARMAND D. ROTH<br>Special Assistant U.S. Attorney |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 30, 2008.

_____
U.S. MAGISTRATE JUDGE

2